IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

BERNARDINE SMALLCOMB, :
:
      Plaintiff, :
:
v. : NO. 08-CV-175
:
GEISINGER SYSTEM SERVICES : JUDGE MUNLEY
and GEISINGER HEALTH SYSTEM :
FOUNDATION, : ELECTRONICALLY FILED
:
      Defendants.

## STIPULATION

WHEREAS Plaintiff Bernardine Smallcomb initiated the above-captioned action through the filing of a Complaint on or about January 30, 2008;

WHEREAS the named Defendants in this action are Geisinger System Services and Geisinger Health System Foundation;

WHEREAS Geisinger Health System Foundation was not Ms. Smallcomb's employer and had no employment relationship with Ms. Smallcomb;

WHEREAS Ms. Smallcomb was employed by Geisinger System Services which at all times relevant hereto employed more than 50 employees within 75 miles of the site at which Ms. Smallcomb worked; and

WHEREAS the parties have agreed to dismiss Geisinger Health System Foundation as a party defendant in this action.

IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

Pursuant to Rule 41(a)(1)(A)(I) of the Federal Rules of Civil Procedure, Geisinger Health System

Foundation is dismissed as a party defendant.

Respectfully submitted,

_____      _____
Kimberly D. Borland             Daniel T. Brier
Borland & Borland, LLP        Donna A. Walsh
11th Floor                       Myers, Brier & Kelly, LLP
69 Public Square             425 Spruce Street
Wilkes-Barre, PA  18701     Suite 200
                                 Scranton, PA  18503

Attorney for Plaintiff,      Attorneys for Defendants,
Bernardine Smallcomb       Geisinger System Services

                               and Geisinger Health
                               System Foundation

SO ORDERED:

_____ 4/16/08
           J.